UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFERY CARNEY,

        Plaintiff,                      Case No. 2:07-cv-83

v.                                       Honorable Wendell A. Miles

ROBERT TREADEAU et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS ORDERED that Plaintiff's complaint is DISMISSED for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c). The Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

IT IS FURTHER ORDERED that the dismissal of this action counts as a strike for purposes of 28 U.S.C. § 1915(g).

Dated: October 30, 2008                              /s/ Wendell A. Miles
                                                                  Wendell A. Miles
                                                                  United States District Judge